Decided September 18, 1997

THOMAS W. WILKINSON *v.* LINDA WIEGAND

The defendant's petition for certification for appeal from the Appellate Court (AC 16737) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the defendant's appeal of a contempt finding and order of incarceration based on mootness where the defendant had been released from incarceration during the pendency of the appeal?"

The Supreme Court docket number is SC 15765.

*Diane Polan,* in support of the petition.

*William F. O'Shea,* in opposition.

Decided September 18, 1997